## BILLS OF EXCHANGE.

GRAVES *v.* DASH, 9 J. R. 17.
In S. Ct. 4 J. R. 119, 124.

### *Foreign Bill of Exchange.—Damages.*

THIS was an action by Dash, against Graves, as first endorser of a bill of exchange drawn on a house at Liverpool, England. The rule of damages on the bill returned pro-

tested, was the only point in the case. On the trial, the defendant offered to prove that when the bill was returned, and at the time of issue joined in the cause, bills on England were 15 per cent. below par. The evidence was overruled, and the plaintiff had a verdict for the *amount of the bill*, and 20 per cent. damages. The Supreme Court, in conformity to its previous decision, in *Hendricks* v. *Franklin*, 4 J. R. 119, held the decision of the Judge correct as to the rule of damages on a foreign bill, and affirmed the verdict. On writ of error,

The Court of Errors reversed the judgment, holding that the rate of exchange on England at the *return of the bill*, was the proper rule of recovery, with 20 per cent. damages, and that the evidence to establish the rate of exchange on the return of the bill protested, should have been admitted.

Judgment *reversed*, overruling case of *Hendricks* v. *Franklin*, 4 J. R. 119.